```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 19047
    MARGARET H CURRIE
                                             CHAPTER 13

                                             JUDGE: A. BENJAMIN GOLDGAR

            Debtor
    SSN XXX-XX-6786


-----------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/16/07 and confirmed on 12/21/07.

    2.  The case was dismissed after confirmation, 11/14/2008.

    3.  The Debtor paid a total of $   9456.00 .

    4.  The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
-----------------------------------------------------------------------------
CHASE HOME FINANCE         CURRENT MORTG         .00             .00             .00
CHASE HOME FINANCE         MORTGAGE ARRE     3435.29             .00         3435.29
CHASE AUTOMOTIVE FINANCE   SECURED VEHIC     5932.64          236.33         3681.18
INTERNAL REVENUE SERVICE   PRIORITY           560.91             .00          560.91
MACYS RETAIL HOLDINGS IN   UNSECURED         1597.55             .00           20.68
ROUNDUP FUNDING LLC        UNSECURED          956.46             .00             .00
ROUNDUP FUNDING LLC        UNSECURED        31296.13             .00          405.08
ROUNDUP FUNDING LLC        UNSECURED         6544.00             .00           84.70
PORTFOLIO RECOVERY ASSOC   UNSECURED         6665.89             .00           86.28
CONDELL ACUTE CARE         UNSECURED        NOT FILED            .00             .00
DISCOVER BANK              UNSECURED         8568.37             .00          110.90
DISCOVER BANK              UNSECURED         3624.21             .00           46.91
MIROSLAW J WALO MD         UNSECURED        NOT FILED            .00             .00
ECAST SETTLEMENT CORPORA   UNSECURED          409.19             .00             .00
JEFFERSON CAPITAL SYSTEM   UNSECURED         1987.30             .00           25.72
NATIONAL CITY BANK         UNSECURED        NOT FILED            .00             .00
PORTFOLIO RECOVERY ASSOC   UNSECURED        18874.00             .00          244.30
INTERNAL REVENUE SERVICE   UNSECURED          708.15             .00             .00
         Summary of disbursements:

                      SECURED      PRIORITY    UNSECURED       OTHER          TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED     9367.93       560.91     81231.25         .00       91160.09
PRINCIPAL PAID         7116.47       560.91      1024.57         .00        8701.95
INTEREST PAID           236.33          .00          .00         .00         236.33
TOTAL PAID             7352.80       560.91      1024.57         .00        8938.28
The Debtor's attorney, RICHARDS RALPH & SCHWAB        , was allowed $      .00
and was paid $      .00 .

The Trustee received $    517.72 .
```

Refunds to the Debtor totaled $      .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/11/09                       /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE